1

2

3

4

5

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JAMES E. CARROLL,                     1:12-cv-1785 MJS (HC)

12            Petitioner,                  ORDER TRANSFERRING CASE TO THE
                                           SACRAMENTO DIVISION OF THE UNITED
13        v.                               STATES DISTRICT COURT, EASTERN
                                           DISTRICT OF CALIFORNIA
14   Warden,

15            Respondent.

16   _____/

17        Petitioner, a state prisoner proceeding pro se, has filed a habeas corpus action

18   pursuant to 28 U.S.C. § 2254, together with a motion to appoint counsel and a request to

19   proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

20        The petitioner is challenging a conviction from Shasta County, which is part of the

21   Sacramento Division of the United States District Court for the Eastern District of California.

22   Therefore, the petition should have been filed in the Sacramento Division.

23        Pursuant to Local Rule 120(f), a civil action which has not been commenced in the

24   proper court may, on the court's own motion, be transferred to the proper court.  Therefore,

25   this action will be transferred to the Sacramento Division. This court will not rule on

26   Petitioner's motion for appointment of counsel or request to proceed in forma pauperis.

                                         –1–

1    Good cause appearing, IT IS HEREBY ORDERED that:

2    1.  This court has not ruled on Petitioner's motion for appointment of counsel or

3    request to proceed in forma pauperis.

4    2.  This action is transferred to the United States District Court for the Eastern

5    District of California sitting in Sacramento; and

6    3. All future filings shall reference the new Sacramento case number assigned and

7    shall be filed at:

8    United States District Court
     Eastern District of California
9    501 "I" Street, Suite 4-200
     Sacramento, CA 95814

10

11   IT IS SO ORDERED.

12   Dated:   November 5, 2012          /s/ *Michael J. Seng*
                                        UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26